IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.    Cr. No. 2:05CR20044-001,002

JUANITA "SUE" SALYERS
WHITE DAIRY ICE CREAM                                       DEFENDANT

O R D E R

Before the Court is the Motion for Continuance (pleading #11) filed by separate defendant, Juanita Salyers on August 16, 2005.

IT APPEARING to the Court that the motion should be granted, it is ORDERED that the motion be, and it is hereby, granted, and the case is reset for trial on **OCTOBER 24, 2005 AT 9:00AM.**

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The time between the trial date of September 26, 2005, and the reset trial date of October 24, 2005, is excludable for speedy trial purposes.  See 18 U.S.C. § 3161(h)(8)(A).

ORDERED this 16th day of August, 2005.

                                  /s/ Robert T. Dawson
                                  **ROBERT T. DAWSON**
                                  **UNITED STATES DISTRICT JUDGE**